PEOPLE *v.* COLEMAN

Appeal from Kent, Roman J. Snow, J.  Submitted Division 3 April 16, 1971, at Lansing.  (Docket No. 10534.)  Decided April 30, 1971.

Ernest L. Coleman was convicted, on his plea of guilty, of breaking and entering.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Chief Appellate Attorney, for the people.

*Gordon A. Doherty,* for defendant on appeal.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

PER CURIAM.  Defendant appeals as of right from a plea-based conviction on a charge of breaking and entering.  MCLA § 750.110 (Stat Ann 1971 Cum Supp § 28.305).  The people move to affirm.

The record does not support defendant's claim of ineffective assistance of counsel.

Voluntariness or truth of a plea may not be raised for the first time on appeal.  *People* v. *Taylor* (1970), 383 Mich 338.

Bail was properly set.  MCLA § 765.6 (Stat Ann 1954 Rev § 28.893); *People* v. *Nitti* (1968), 10 Mich App 454.

Affirmed.